Hand-Delivered

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
CHARLOTTE, NC
JUN 16 2021
US District Court
Western District of NC

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina
_____ Division

Tommy Edward Martin
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Secretary, Health and Human Services Adminsation

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:21-cv-287-MOC
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: U.S Court of Federal Claims
   Street Address: 717 Madison Place NW
   City and County: Washington, DC 20439
   State and Zip Code:
   Telephone Number:
   E-mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1
    Name      _____
    Job or Title *(if known)*      _____
    Street Address      _____
    City and County      _____
    State and Zip Code      _____
    Telephone Number      _____
    E-mail Address *(if known)*      _____

Defendant No. 2
    Name      _____
    Job or Title *(if known)*      _____
    Street Address      _____
    City and County      _____
    State and Zip Code      _____
    Telephone Number      _____
    E-mail Address *(if known)*      _____

Defendant No. 3
    Name      _____
    Job or Title *(if known)*      _____
    Street Address      _____
    City and County      _____
    State and Zip Code      _____
    Telephone Number      _____
    E-mail Address *(if known)*      _____

Defendant No. 4
    Name      _____
    Job or Title *(if known)*      _____
    Street Address      _____
    City and County      _____
    State and Zip Code      _____
    Telephone Number      _____
    E-mail Address *(if known)*      _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Hep A on 6-28-18 Mecklenburg County Health Dept. Vaccination left shoulder Never had Any chronic pain before it was A week. Call the Dr office I could't come in I said what I am in pain. Dr office said it A short time it Another week and some days Now Time 7/12/2018 Patel Manu.MD work with Me Left Arm has been Sore And discolored. Got Antibiotics infection where this comming from Now Rotator Cuff Repair please why this Now Mine Arm Never going to be the same. Physical Therapy help

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Paid Medicare, Paid Attorney, Paid Support Family, Paid Self, Demographic Profile to grow more Charity, Health Community, Garden Success. Time lost on Vacition Packages, Relief from extreme Anxiety, sorrow it just troublesome this Not Affordable

All Lives Matter

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/16/2021

Signature of Plaintiff: *Tommy E Martin*

Printed Name of Plaintiff: Tommy E Martin

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

# Samster Konkel Safran
Personal Injury Attorneys

**Samster Konkel & Safran**
11063 W. Bluemound Road, Suite 205
Wauwatosa, Wisconsin 53226

Local: 414.224.0400
Fax: 414.622.1225

May 20, 2021

Tommy Martin
5071 Clearwater Lake Road
Mount Holly, North Carolina 28120

Re:  Date of Injury:   June 28, 2018
     Our File No.:     3704

Dear Mr. Martin:

Per our conversation today, we unfortunately will not be able to pursue your claims. Please be aware that you have three years from the date of the vaccine to file a claim. Your vaccine was on June 28, 2018, so you must file a petition by June 28, 2021. If you do not, any claims under the program will be barred by the Statute of Limitations. I would encourage you to contact another attorney if you wanted to get a second opinion. Enclosed in this letter is a list of attorneys in North Carolina that are licensed to practice before the United States Court of Federal Claims. Also enclosed in this letter is a disc containing your medical records.

Yours truly,

SAMSTER, KONKEL & SAFRAN, S.C.

*Ryan J. Truesdale*

Ryan J. Truesdale
*rjt@grothlawfirm.com*

Enclosures

William J. Fleischaker
Fleischaker & Williams
418 S. Wall Avenue
P.O. Box 996
Joplin, MO 64802
417-623-2865

Fred Alexander O'Neill
Perkins & O'Neill, LLC
304 East Walnut
Thayer, MO 65791
(417) 264-7118

Jenifer Marie Placzek
Placzek Winget & Placzek
2750 E Sunshine St
Springfield, MO 65804
417-883-4000

Matthew B. Vianello
Jacobson Press P.C.
222 South Central Avenue
Suite 550
Clayton, MO 63105
314-899-9789

## MS: MISSISSIPPI

Katrina Sandifer Brown
Brown Bass & Jeter, PLLC
Post Office Box 22969
Jackson, MS 39225
601-487-8448

## NC: NORTH CAROLINA

Dan Wilson Bolton
Bolton Law, PLLC
5000 Centre Green Way
Suite 500
Cary, NC 27513
(919) 228-6484

Nichole Glance Booker
Mast Law Firm
PO Box 119

Smithfield, NC 27577
(919) 934-6187

Leslie Cooper Harrell
Mullins, Duncan, et al.
300 North Greene Street
Suite 2000
Greensboro, NC 27401
336-645-3320

John Alan Jones
Martin & Jones, PLLC
410 Glenwood Avenue, Ste. 200
Raleigh, NC 27603
(919) 821-0005

Nancy Routh Meyers
Turning Point Litigation
300 North Greene Street
Suite 2000
Greensboro, NC 27401
336-645-3324

Allison Overbay Mullins
Turning Point Litigation
300 North Greene Street
Suite 2000
Greensboro, NC 27401
(336) 645-3320

Philip James Roth
Marshall, Roth & Gregory, PC
90 Southside Avenue
Suite 100
Asheville, NC 28801
(828) 281-2100

John Richard Taylor
Zaytoun Law Firm
3130 Fairhill Drive,
Suite 100
Raleigh, NC 27612
(919) 832-6690

Kimberly Wilson White
Wilson Law
1111 Haynes St.
No. 103

Raleigh, NC 27604
(919) 890-0180

## NE: NEBRASKA

David A. Domina
Domina Law
2425 South 144th Street
Omaha, NE 68144-3267
(402) 493-4100

## NH: NEW HAMPSHIRE

Heather Varney Menezes
Shaheen & Gordon, P.A.
180 Bridge Street
Manchester, NH 03104
(603) 635-4099

David Michael Noonan
Shaheen & Gordon
P.O. Box 977
Dover, NH 03821-0977
(603) 749-5000

Matthew J. Plache
Law Office of Matthew J. Plache
65 Brackett Road
Wolfeboro, NH 03894
(603) 630-9422

Christine M. Smith
Law Office of Christine M. Smith, R.N., MSN
37 Salmon Street
Manchester, NH 03104
(603) 647-7200

## NJ: NEW JERSEY

Carol L. Gallagher
Carol L. Gallagher, Esquire, LLC.
822 Shore Road
Somers Point, NJ 08244
(609) 927-2726