UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-287-MOC-DCK

| | |
|---|---|
| TOMMY EDWARD MARTIN, ) | |
| ) | |
| Plaintiff, pro se, ) | |
| ) | |
| vs. ) | |
| ) | |
| HEALTH AND HUMAN SERVICES ) | **ORDER** |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on its own motion following Plaintiff's one-page response to Defendant's motion to dismiss, in which he states, "I Tommy Martin ask for dismiss of this lawsuit." (Doc. No. 14). Thus, Plaintiff has indicated that he is taking a voluntary dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**IT IS, THEREFORE, ORDERED** that:

1. This action is dismissed without prejudice.

2. Defendant's Motion to Dismiss, (Doc. No. 11), shall be terminated as **MOOT**.

3. The Clerk shall terminate this action.

Signed: December 9, 2021

Max O. Cogburn Jr.
United States District Judge